IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES DAVID RAINES,         )
                            )
    Plaintiff,              )
                            )
    v.                      )   CIVIL ACTION NO.
                            )   2:98cv290-MHT
FOB JAMES, Governor,        )         (WO)
State of Alabama, et al.,   )
                            )
    Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming a violation of his first and fourteenth amendment rights due to his refusal to participate in an institutional substance-abuse program. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes

that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of March, 2006.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE