IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES DAVID RAINES, #132009, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:98cv290-TWO |
| | ) | |
| DON SIEGELMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of plaintiff's motion to object/strike (Doc. # 127), and for good cause, it is

ORDERED that the motion be and hereby is DENIED.  The court further notes that it has not relied on the deposition excerpts to which plaintiff objects in making its recommendation in this case.

DONE, this 27th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE